Argued and submitted April 28, fine vacated; order otherwise affirmed May 11, 1988

ROBERT PEARSON,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-393; CA A45529)

754 P2d 35

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Jan Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary. He contends that the disciplinary committee erred in accepting his plea of guilty to violation of a disciplinary rule and in imposing a $50 fine. We agree with petitioner that the fine is invalid. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988). We do not agree that his plea was.

Fine vacated; order otherwise affirmed.